[No. 27754-2-III.  Division Three.  December 22, 2009.]

KATHLEEN GORDON ET AL., *Appellants*, v. BOY SCOUTS OF AMERICA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 07-2-00202-9, Rebecca M. Baker, J., entered December 26, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[Nos. 27259-1-III; 27452-7-III.  Division Three.  December 24, 2009.]

*In the Matter of the Marriage of* RYAN R. ROGERS, *Respondent*, and LAURA D. ROGERS, *Appellant*.

*In the Matter of the Marriage of* RYAN R. ROGERS, *Appellant*, and LAURA D. ROGERS, *Respondent*.

Appeals from a judgment of the Superior Court for Asotin County, No. 07-3-00119-0, William D. Acey, J., entered June 16, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 27335-1-III.  Division Three.  December 24, 2009.]

DON MILLS, *Appellant*, v. COSTCO, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-2-01910-4, C. James Lust, J., entered July 9, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ.